UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  2:23-cv-07850-JLS-E                                                                  Date: March 21, 2025
Title:  Calumpad Balabis v. Elaine Angelica Linga et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Kelly Davis | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**PROCEEDINGS:  (IN CHAMBERS)  ORDER STRIKING NOTICE OF APPEARANCE OR WITHDRAWAL OF COUNSEL (Doc. 37) AND ORDERING COUNSEL TO APPEAR AT FINAL PRETRIAL CONFERENCE**

On March 20, 2025, Defendant's Counsel Joseph Curtis Edmondson filed a "Notice of Appearance or Withdrawal of Counsel" seeking to withdraw as counsel in this case.  (Doc. 37.)  Edmondson represents that "at least one member of the firm or agency named above, and at least one member of the Bar of this Court, will continue to serve as counsel of record for the party or parties indicated," yet elsewhere states in the same Notice that Defendant Elaine Angelica Linga will proceed *pro se*.  (*Id.*)  Pursuant to Local Rule 83-2.3.2, "[a]n attorney may not withdraw as counsel except by leave of court."  C.D. Cal. L.R. 83-2.3.2.  Any motion for leave to withdraw "must be supported by good cause."  *Id.*  On March 19, 2025, Edmondson filed a "Request for Approval of Substitution or Withdrawal of Counsel[;]" however; that Request remains pending before the Court.  (*See* Doc. 34.)  Because Edmondson has not yet obtained leave of Court to withdraw as counsel in this case, and because Edmondson's representations as to who

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:23-cv-07850-JLS-E                                    Date: March 21, 2025
Title:  Calumpad Balabis v. Elaine Angelica Linga et al

will continue to serve as counsel of record for Defendant are inconsistent, the Court STRIKES Edmondson's Notice.

    Defendant's counsel is ordered to appear at the Final Pretrial Conference in this case, set for **March 28, 2025 at 10:30 a.m.**

                                                     Initials of Deputy Clerk: kd