FILED
CLERK, U.S. DISTRICT COURT
3/21/25
CENTRAL DISTRICT OF CALIFORNIA
BY    MRV    DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

DAVID G. TORRES-SIEGRIST State Bar No. 220187
TORRES+SIEGRIST LAW APC
440 E. Huntington Dr.
Suite 300
Arcadia, CA 91006626
dgts@icloud.com
**Attorneys for Plaintiff JAY MARK CALUMPAD BALABIS**

Elaine Angelica Linga
simplydrivenlife@gmail.com
4625 Durfee Avenue
El Monte, CA 91732
626 607 7603
Elaine Angelica Linga in Pro Per
Defendant

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

JAY MARK CALUMPAD BALABIS individual

      Plaintiff(s),

vs.

ELAINE ANGELICA LINGA, an individual and also doing business as INVESTED LIFESTYLE and SIMPLYDRIVENLIFE and Does 1-50

      Defendant(s).

Case No. ~~23-cv-02427-KK-JPR~~
2:23-cv-07850-JLS(Ex)

**DECLARATION IN SUPPORT OF DUE PROCESS RIGHTS AND TRIAL PREPARATION**

Page 1

**DECLARATION IN SUPPORT OF DUE PROCESS RIGHTS AND TRIAL PREPARATION**

I, Elaine Angelica Linga, declare:

1. I am the Defendant in this matter. I make this declaration to ensure the Court is fully informed of my efforts to comply with the Scheduling Order and to preserve my rights as a pro se litigant preparing for trial.

2. Pursuant to the Scheduling Order issued by this Court, the parties were directed to meet and confer 'sufficiently in advance' of the deadline for filing jury instructions and verdict forms, which are due five (5) court days before the Final Pretrial Conference.

3. Plaintiff's counsel was aware of my former attorney's forthcoming withdrawal, which was reflected on the docket. Despite this knowledge, Plaintiff's counsel made no effort to meet and confer with my former attorney before withdrawal, nor did they initiate any meet and confer process with me after I appeared in pro se.

4. On two separate occasions, March 19, 2025, and March 20, 2025, I made good faith attempts to initiate the required meet and confer. I received no substantive engagement or cooperation from Plaintiff's counsel.

5. I undertook all efforts to comply with the Court's orders despite logistical challenges, including travel abroad. I ensured continued access to my case files and deadlines and took steps to prepare pretrial submissions independently.

DECLARATION IN SUPPORT OF DUE PROCESS RIGHTS AND TRIAL PREPARATION

6. On March 20, 2025, I was cc'd on two emails sent by Plaintiff's counsel to my former attorney, referencing my recent filings and asserting that I lacked authority to file a document. Plaintiff's counsel demanded that I strike the filing and stated an intention to notify the Court. These communications were made after my pro se status was entered on the docket. While I was not the direct recipient, the content was directed at my lawful filings.

7. I respectfully assert that I had full authority to file as a pro se litigant under Local Rule 83-2.2.1, and that the formatting of my pleadings, including references to opposing counsel's firm, was consistent with Local Rule 11-3.8. Copies of the referenced emails are available and may be submitted as evidence if the Court deems them relevant.

8. I make this declaration to preserve the record and protect my right to due process, including the right to prepare my defense, submit required materials, and participate fully in the pretrial process as a self-represented party.

9. Notwithstanding the above, I remain willing to work in good faith with Plaintiff's counsel to comply with all remaining pretrial deadlines, and I will continue to make reasonable efforts to meet and confer on any joint submissions as required by the Court.

9. All my filings and communications are made in good faith and are consistent with Federal Rules of Civil Procedure 1, 11, and 16, as well as the Local Rules governing pro se appearances.

**DECLARATION IN SUPPORT OF DUE PROCESS RIGHTS AND TRIAL PREPARATION**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 21, 2025 at El Monte, California

Elaine Angelica Linga

Pro Se Defendant

**DECLARATION IN SUPPORT OF DUE PROCESS RIGHTS AND TRIAL PREPARATION**